**Dismissed and Memorandum Opinion April 10, 2014.**



**In The**

## 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-14-00069-CR

**MONIQUE  CHAPMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1313596**

### M E M O R A N D U M   O P I N I O N

On February 13, 2014, the clerk's record was filed in this appeal.  The record does not contain an appealable order other than the Order of Deferred Adjudication, signed February 2, 2012.  Because the notice of appeal was filed January 6, 2014, no appeal will lie from that order.

On February 21, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction.  Appellant's

response indicates that she is complaining of the State filing a motion to adjudicate guilt. Appellant does not assert, and the record does not reflect, that the trial court has granted the State's motion. Because there is no appealable order in the record, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).